SLEEP DISORDER DIAGNOSTIC

11-12846

Michael Chiasson, Trustee
P.O. Box 1666
Mandeville, LA  70470

Case #: 11-12846
Case: SLEEP DISORDER DIAGNOSTIC CENTER   Debtor(s).

BANK OF TEXAS
1401 McKinney St Suite 1000
Houston, TX - 77010

PAY:  VOID AFTER 90 DAYS   DATE: 09/23/2013
THIRTY-ONE THOUSAND SIX HUNDRED NINETY AND 16 / 100

CHECK NO: 3012
$31,690.16

TO THE ORDER OF:  CLERK, UNITED STATES BANKRUPTCY COURT

_____
Trustee

⑈4325⑈:  ⑈⑈1123300268⑈⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 231706   - SM
* * C O P Y * *
September 26, 2013
14:15:47

TREASURY REGFUND
11-12846
Debtor.: SLEEP DISORDER DIAGNOSTIC CENT
Trustee: Michael Chiasson
Amount.:           $31,690.16 CH
Check#.: 3012

Total-> $31,690.16

FROM: CHIASSON

Deposit to 60ATBK TREASURY

Due To:
MD SLEEP, LLC

9/26/13
CVogel